## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

NATHAN WADE,

                    Plaintiff,

    v.

AT&T INC. and AT&T MOBILITY
LLC,

                    Defendants.

Case No.: 1:25-cv-05120-TRJ

## DEFENDANTS' MOTION TO TRANSFER OR, IN THE ALTERNATIVE, TO COMPEL ARBITRATION AND DISMISS

Pursuant to 28 U.S.C. § 1404, Federal Rule of Civil Procedure 12(b)(1), and the Federal Arbitration Act, Defendants AT&T Inc. and AT&T Mobility LLC (collectively, "AT&T"), by and through their undersigned counsel, hereby move to transfer Plaintiff Nathan Wade's Complaint to the United States District Court for the Northern District of Texas or, in the alternative, to compel arbitration and dismiss the Complaint. This Motion is supported by the accompanying memorandum of law and the declarations and exhibits attached thereto.

Respectfully submitted this 3rd day of November, 2025.

                                */s/ David L. Balser*
                                David L. Balser
                                Georgia Bar No. 035835
                                Peter Starr
                                Georgia Bar No. 648453

Alexandra H. Titus
Georgia Bar No. 569302
**KING & SPALDING LLP**
1180 Peachtree Street, NE Suite 1600
Atlanta, Georgia 30309
Tel:  (404) 572-4600
Fax:  (404) 572-5100
dbalser@kslaw.com
pstarr@kslaw.com
atitus@kslaw.com

*Attorneys for Defendants AT&T Inc. and AT&T Mobility, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 3rd day of November, 2025, I electronically filed the above and foregoing with the Clerk using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

*/s/ David L. Balser*
David L. Balser

## **<u>RULE 7.1(D) CERTIFICATION</u>**

The undersigned counsel certifies that this document has been prepared with one of the font and point selections approved by the Court in Local Rule 5.1(C).

*<u>/s/ David L. Balser</u>*
David L. Balser